UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| SHIFT4 Corporation, a Nevada corporation, | Case No. 2:11-cv-01315-MMD-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| CRAIG MARTIN, an Arizona resident, PHOENIX PAYMENT SYSTEMS, INC. d/b/a ELECTRONIC PAYMENT EXCHANGE, | |
| Defendant. | |

Before this Court is plaintiff SHIFT4 Corporation's Motion to Dismiss defendant's counterclaim (dkt. no. 8). The Court previously granted plaintiff's motion to amend its complaint (dkt. no. 21). In response to plaintiff's amended complaint, defendant filed an amended answer and counterclaim. (Dkt. nos. 23 and 27.) Plaintiff's motion to dismiss the original counterclaim is rendered moot by defendant's filing of its amended counterclaim.

IT IS THEREFORE ORDERED THAT plaintiff's Motion to Dismiss is DENIED as moot.

DATED THIS 1st day of August 2012.

_____
UNITED STATES DISTRICT JUDGE