**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHIFT4 CORPORATION, ) | Case No. 2:11-cv-01315-MMD-PAL |
| Plaintiff, ) | **ORDER** |
| vs. ) | (Mtn for PO - Dkt. #81) |
| CRAIG MARTIN, et al., ) | |
| Defendants. ) | |

This matter is before the court on Plaintiff/Counterdefendant Shift4 Corporation's ("Shift4") Emergency Motion for a Protective Order (Dkt. #81) filed February 6, 2013. The court has briefly reviewed the Motion; Defendant/Counterplaintiff Craig Martin's ("Martin") Opposition (Dkt. #82) filed February 8, 2013; and Shift4's Reply (Dkt. #83) filed February 11, 2013.

Shift4's Motion seeks entry of a protective order pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Rule of Civil Practice 26-7. On February 4, 2013, Martin served Shift4 with a notice of deposition pursuant to Rule 30(b)(6), noticing Shift4's corporate designee's deposition for February 12, 2013.[1] The deposition was previously noticed for February 6, 2013. Martin contends Shift4 served it with a voluminous production of documents on February 1, 2013, and as a result, it needed additional time to review the documents in advance of the deposition of Shift4's corporate designee. Shift4 contends its corporate designee is unavailable on February 12, 2013. Discovery in this matter closes on February 13, 2013.

Having preliminarily reviewed the parties' filings,

///

---

[1] Martin's notice of deposition was served by regular U.S. mail and was also filed on the court's docket. Notices of deposition and other written discovery materials are not to be filed with the court unless otherwise ordered. *See* LR 26-8.

**IT IS ORDERED**:

1. A temporary protective order is entered precluding the deposition of Shift4's corporate designee pursuant to Rule 30(b)(6) from going forward as noticed on February 12, 2013, pending a hearing on the merits of Shift4's Motion (Dkt. #81).

2., A hearing is scheduled on Shift4's Motion for Protective Order (Dkt. #81) for **Tuesday, February 26, 2013, at 11:00 a.m.**

Dated this 11th day of February, 2013.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE