# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SHIFT4 CORPORATION,

              Plaintiff,        Case No. 2:11-cv-01315-MMD-PAL

vs.                                **ORDER**

CRAIG MARTIN, et al.,        (Mot. to Seal - Dkt. #94)

              Defendants.

Before the court is Plaintiff's Motion to File Documents Under Seal (Dkt. #94). The court has reviewed the motion as well as the document requested to be sealed, and finds that Plaintiff has established good cause to maintain deposition testimony excerpts of Defendant EPX's corporate witness deposition designated as "confidential" under seal in support of Plaintiff's non-dispositive motion to extend discovery. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to File Documents Under Seal (Dkt. #94) is **GRANTED**.

Dated this 1st day of March, 2013.

                                                                         _____
                                                                         Peggy A. Leen
                                                                         United States Magistrate Judge